### Commonwealth *v.* Tindell, Appellant.

Argued September 14, 1973. *James P. McEvilly, Jr.,* for appellant; *James J. Wilson,* Assistant District Attorney, with him *David Richman,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

### Commonwealth *v.* Williams, Appellant.

Submitted September 20, 1973. *Nino V. Tinari,* for appellant; *Milton M. Stein* and *James T. Ranney,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.